UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SILVIA T. ROLON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARY LATTIMORE, Warden (A),<br><br>　　　　　Respondent. | Case No. CV 09-2412-R (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as unexhausted.

///
///
///
///

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on petitioner.
3
4  DATED: ___August 5, 2009____
5
6                                                             _____
7                                                               MANUEL L. REAL
                                                           United States District Judge