1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11   SILVIA T. ROLON,                  )        Case No. CV 09-2412-R (JWJ)
12                    Petitioner,       )              JUDGMENT
13              v.                      )
14   MARY LATTIMORE, Warden            )
     (A),                              )
15                                      )
16                    Respondent.       )
17   _____ )

18        Pursuant to the Order of the Court approving the recommendations of
19   the United States Magistrate Judge, and adopting the same as the facts and
20   conclusions of law herein,
21        IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus
22   be dismissed without prejudice as unexhausted.
23
24   DATED: ___August 5, 2009_____
25
26                                              _____
                                                MANUEL L. REAL
27                                              United States District Judge
28